IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| T-M VACUUM PRODUCTS, INC., | § § § | |
| PLAINTIFF | § § | CIVIL ACTION NO. 09-00095 |
| VS. | § § § | |
| JOHN B. BERRY and wife, PATRICIA P. BERRY, | § § § | JURY |
| DEFENDANTS | § | |

## AGREED ORDER COMPELLING ATTENDANCE AT DEPOSITIONS

On this date came on for consideration Defendants' Motion to Compel Attendance at Depositions and to Award Sanctions. The parties announced an agreement resolving such motion and submitted this Agreed Order. Based upon the agreement of the parties, it is the opinion of the Court that the motion should be granted as provided herein.

IT IS, ACCORDINGLY, ORDERED that Defendants John B. Berry and wife, Patricia P. Berry, appear and give their depositions, at the offices of Plaintiff's attorneys, on Wednesday, November 18, 2009, commencing at 1:30 p.m.

IT IS, FURTHERMORE, ORDERED that Defendants John B. Berry and wife, Patricia P. Berry, pay to Plaintiff, as a sanction for their failure to appear and give their depositions when noticed, reasonable attorney's fees in the amount of $750.00. Defendants shall deliver this payment to Plaintiff's counsel within seven (7) days after the day of this Order.

1

Signed this 29 day of October, 2009.

_____
United States District Judge

AGREED:


/s/ H. Miles Cohn
H. Miles Cohn
Texas Bar No. 04509600
Sheiness, Scott, Grossman & Cohn, LLP
1001 McKinney, Suite 1400
Houston, Texas 77002-6420
Facsimile: 713/374-7020
Telephone: 713/374-7049
**ATTORNEYS FOR PLAINTIFF,
T-M VACUUM PRODUCTS, INC.**


_____
Thomas G. Bousquet
Texas Bar No. 02717000
9225 Katy Freeway, #103
Houston, Texas 77024
Telephone: 713/827-8000
Facsimile: 713/827-0096
**ATTORNEYS FOR DEFENDANTS,
JOHN B. BERRY AND PATRICIA P. BERRY**