IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| T-M VACUUM PRODUCTS, INC. § | CIVIL ACTION NO. |
| Plaintiff § | 09-00095 |
| § | |
| V § | CIVIL |
| § | JURY |
| JOHN B. BERRY, et ux § | |
| Defendants § | |

## Order

Defendants, JOHN B. BERRY and PATRICIA P. BERRY, having discharged THOMAS G. BOUSQUET, as their attorney, in writing, on December 3, 2009, and MICHAEL RRICHARDSON has substituted in his place and stead

It is therefore Ordered that THOMAS G. BOUSQUET is discharged as attorney for Defendants, JOHN B. BERRY and PATRICIA P. BERRY.

Signed this _____ day of January, 2010

_____

Judge

                                        Respectfully submitted,

BOUSQUET LAW, P.C.               By_____
                                                 THOMAS G. BOUSQUET
                                          9225 Katy Freeway, Suite 103
                                          Houston, Texas  77024
                                          Bar Card No. 02717000
                                          Federal No. 3285
                                          713-827-8000
                                          713-827-0096 (fax)
                                          ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

     I certify that a true copy of the above document was served in accordance with the Federal  Rules of Civil Procedure on _____, 2009, as follows:

    H. Miles Cohn
    1001 McKinney, Suite 1400
    Houston, TX 77002

                                            _____
                                            THOMAS G. BOUSQUET