UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| T-M VACUUM PRODUCTS, INC., | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. H-09-95 |
| JOHN B BERRY, *et al*, | § § § | |
| Defendants. | § | |

## ORDER

Defendants, John B. Berry and Patricia P. Berry, having discharged Thomas G. Bousquet, as their attorney, in writing, on December 3, 2009, and Michael E. Richardson has substituted in his place and stead;

It is therefore Ordered that Thomas G. Bousquet is discharged as attorney for defendants, John B. Berry and Patricia P. Berry and Michael Richardson is substituted as counsel for defendants in his stead.

SIGNED at Houston, Texas this 13th day of January, 2010.

_____
Kenneth M. Hoyt
United States District Judge