IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| T-M VACUUM PRODUCTS, INC., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-95 |
| | § | |
| JOHN B. BERRY and wife, | § | |
| PATRICIA P. BERRY, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

Defendants John B. Berry and Patricia P. Berry respectfully submit these Proposed Voir Dire questions:

1. Do you know any of the following individuals, who are either parties to this case or potential witnesses? If so, how do you know them?

    (a) T-M Vacuum Products, Inc.
    (b) Fred T. Stuffer
    (c) Ted Lotz
    (d) TAISC, Inc. d/b/a GlobaLease Solutions
    (e) John Berry
    (f) Patricia Berry

2. Do you know or have you heard of any of the following counsel who are involved in this case, or their respective law firms or offices? If so, how do you know them or what have you heard? Is there anything about this information that might affect your ability to decide this case?

    (a) Sheiness, Scott, Grossman & Cohn, LLP
    (b) H. Miles Cohn of Sheiness, Scott, Grossman & Cohn, LLP
    (c) Beck, Redden & Secrest, LLP
    (d) Michael Richardson from the law firm Beck, Redden & Secrest, LLP
    (e) William Rucker

3. Is there anyone who currently works or has worked as an accountant, auditor or controller? If so, what is or was your position, what company do or did you work for, and what type of work do or did you generally do?

4. Is there anyone who has owned their own business? If so, what type of business, what size is or was the business (number of employees, gross revenue), and what is the current status of the business?

5. Is there anyone who either personally or through a business they worked for was involved with a situation whereby they or the business they worked for was not paid for goods provided or services rendered? If so, what types of good or services were involved, how much was owed, and how was the dispute resolved?

6. Is there anyone who either personally or through a business they worked for was involved with a lawsuit whereby they or the business were suing for money damages? If so, describe generally the dispute that led to the lawsuit, whether the lawsuit was tried, the result, whether a judgment was obtained, and whether the judgment was paid?

7. Is there anyone who either personally or through a business they worked for was involved with a lawsuit whereby they or the business were being sued for money damages? If so, describe generally the dispute that led to the lawsuit, whether the lawsuit was tried, the result, whether a judgment was obtained, and whether the judgment was paid?

8. Is there anyone who has ever personally been a party to a leasing transaction? If so, what type of property was leased and were you the lessor or lessee?

9. Is there anyone who has ever worked for a company that provides lending or finance? If so, for what company, what is or was your position, and what is or were your general job responsibilities?

10. Is there anyone who, after hearing the introduction of the case, the parties, the attorneys, and the questioning of the attorneys, is aware of anything not already mentioned to the Court or the attorneys that might affect their ability to serve as a fair and impartial juror in this case?

11. Is there anything you have heard so far that causes you to favor one side or the other?

12. Is there anything you have heard so far that causes you to believe that you cannot be a fair and impartial juror in this case?

13. Is there anything that you believe you should bring to the Court's attention at this time regarding your potential service as a juror in this case?

1393.00002/449426.1

Dated: January 25, 2010                    Respectfully submitted,

                                              By: /s/ Michael E. Richardson
                                                       Michael E. Richardson
                                                       Federal I.D. No. 23630
                                                       State Bar No. 24002838
                                            BECK REDDEN & SECREST, L.L.P.
                                            One Houston Center, Suite 4500
                                            1221 McKinney Street
                                            Houston, TX 77010-2020
                                            Telephone:  713-951-3700
                                            Facsimile:  713-951-3720
                                            Email: mrichardson@brsfirm.com

                                            William W. Rucker
                                            Federal I.D. No. 3669
                                            3355 West Alabama, Suite 825
                                            Houston, Texas 77098
                                            Telephone: 713-824-0821
                                            Facsimile: 713-528-5011
                                            Email: rucker@wwrucker.com

                                            **ATTORNEYS FOR DEFENDANTS**
                                            **JOHN B. BERRY AND PATRICIA P. BERRY**

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing instrument to be served on the following counsel of record on this 25th day of January, 2010:

Miles Cohn, Esq.
SHEINESS, SCOTT, GROSSMAN & COHN, LLP
1001 McKinney Street, Suite 1400
Houston, Texas 77002-6420
*Via Facsimile*

                                                          /s/ Michael E. Richardson
                                                          Michael E. Richardson