# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

T–M Vacuum Products, Inc.

    Plaintiff,

vs.                                  CIVIL ACTION NO. 4:09–cv–00095
                                        Judge Kenneth M. Hoyt

John B Berry, et al.

    Defendant.

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED and ENTERED The 25th of January, 2010.

_____
Kenneth M. Hoyt
United States District Judge